U.S. BANKRUPTCY COURT
2019 JUN -4 P 2: 25

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of Massachusetts

In re  Debra Munroe                              ,          Case No. 17-14721

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. Bank Trust National Association, as Trustee of the Chalet Series IV Trust | MTGLQ Investors, LP |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
c/o SN Servicing Corporation
323 Fifth Street
Eureka, CA 95501

Phone: 800.603.0836
Last Four Digits of Acct #: 2126

Court Claim # (if known): 8-1
Amount of Claim: $308,797.20
Date Claim Filed: 02/16/2018

Phone: _____
Last Four Digits of Acct. #: 5294

Name and Address where transferee payments should be sent (if different from above):
SN Servicing Corporation
PO Box 660820
Dallas, TX 75266

Phone: 800.603.0836
Last Four Digits of Acct #: 2126

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ D. Anthony Sottile          Date: 05/31/2019
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.


FILING FEE PAID